Leo Brandon Farnsworth #1024201 (CA319T)
Green Rock Correctional Center
475 Green Rock Lane
P.O. Box 1000
Chatham, Va. 24531-1000
October 28, 2020

United States District Court
Attn: Clerk's Office
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Re: Farnsworth v Biden, et al.

Dear Clerk,
 Please find enclosed Plaintiff's Amended Complaint / Amended Defendants By Leave of The Court,
 I respectfully ask that this Clerk's Office acknowledge that my case is being filed and docketed.
 I will be filing exhibits to prove a geniune material facts and laws in dispute. A criminal investigation by the U.S. Justice Department is being requested into the murder of Neilia Hunter Biden and Amy Biden.
 Thank you and please notify if any questions.
                    Leo Brandon Farnsworth

FILED
NOV 02 2020
US DISTRICT COURT
DISTRICT OF DELAWARE