Leo Brandon Farnsworth #1024201 (A319T)
Green Rock Correctional Center
475 Green Rock Lane
P.O. Box 1000
Chatham, VA 24531-1000
October 30, 2020

Clerk's Office
U.S. District Court
For The State of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Re: 20:1351 Farnsworth v. Biden, et.al.

Dear Clerk,
Please find enclosed the certified Inmate Trust Fund of Leo Brandon Farnsworth. I respectfully ask that my case be served upon the defendant(s).
Thank you for the time and attention to this matter.

Sincerely,
Leo Brandon Farnsworth



## Virginia Department of Corrections
## Trust Certificate of Account History

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Offender: 1024201   Farnsworth, Leo Brandon

I hereby certify as follows with respect to this offender's general (trust) account:

From Date: 4/1/2020   To Date: 9/30/2020

| | |
|---|---|
| Beginning Balance on 04/01/2020 | $0.00 |
| Total Deposits | $291.73 |
| Total Withdrawals | $291.73 |
| Ending Balance on 09/30/2020 | $0.00 |

| Month Dates | Ending Balance of the Month |
|---|---|
| 2020-04 | $0.00 |
| 2020-05 | $0.00 |
| 2020-06 | $0.00 |
| 2020-07 | $0.00 |
| 2020-08 | $0.00 |
| 2020-09 | $0.00 |
| Average Monthly Balance | $0.00 |
| Average Monthly Deposits: | $48.62 |
| Average Monthly Withdrawals | $48.62 |

Date: 10/29/2020
Signature: *Amanda C Ford*

Name: Ford, Amanda

Title: Fiscal Tech
Authorized Institutional Official

A319T

Virginia Department of Corrections

# Offender Monthly Trust Statement

COV\pgs93728
10/29/2020 11:48:47 AM
corissnap

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: April 2020 - Closed 05/01/2020     From: 4/1/2020 To: 5/1/2020

Farnsworth, Leo Brandon (1024201)     Green Rock Correctional Center [A-3-319-T]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 0.00 | 25.00 | 112.29 | 0.00 | 0.00 | 0.00 | 9.53 | 0.00 |
| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 474.97 | 0.00 | | | | | | |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | | Received From / Payee Name |
|---|---|---|---|---|---|---|
| 04/01/2020 | GROC20200401DPR_S01 | Legal Mail Postage Loan | 198-211 | 0.50 | + | |
| 04/01/2020 | GROC20200401DPR_S01 | Legal Mail Postage Loan | 198-511 | 0.50 | + | |
| 04/01/2020 | GROC20200401WDR_S02 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 04/03/2020 | GROC20200403DPR_S03 | Legal Photocopies Loan | 197-511 | 3.00 | + | |
| 04/03/2020 | GROC20200403DPR_S03 | Legal Photocopies Loan | 197-211 | 3.00 | + | |
| 04/03/2020 | GROC20200403WDR_S02 | Legal Photocopies | 85-511 | 3.00 | - | |
| 04/06/2020 | GROC20200406DPR_S01 | Legal Mail Postage Loan | 198-211 | 0.50 | + | |
| 04/06/2020 | GROC20200406DPR_S01 | Legal Mail Postage Loan | 198-511 | 0.50 | + | |
| 04/06/2020 | GROC20200406WDR_S05 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 04/08/2020 | GROC20200408DPR_S02 | Legal Mail Postage Loan | 198-211 | 7.85 | + | |
| 04/08/2020 | GROC20200408DPR_S02 | Legal Mail Postage Loan | 198-511 | 7.85 | + | |
| 04/08/2020 | GROC20200408WDR_S02 | Legal Mail Postage | 84-511 | 7.85 | - | |
| 04/09/2020 | IPGROCC_A030220200405 2020 | Payroll - Regular | 90-511 | 16.20 | + | |
| 04/09/2020 | GROC20200409WDC_A03 | Court Witholding | 180-511 | 0.81 | - | |
| 04/09/2020 | GROC20200409WDC_A03 | Court Witholding | 180-519 | 0.81 | + | |
| 04/09/2020 | GROC20200409WDC_A03 | Spend > Savings | 464-511 | 1.62 | - | |
| 04/09/2020 | GROC20200409WDC_A03 | Spend > Savings | 464-513 | 1.62 | + | |
| 04/09/2020 | GROC20200409WDC_A03 | Court Filing Fee 511 > 516 | 940-511 | 3.24 | - | |
| 04/09/2020 | GROC20200409WDC_A03 | Court Filing Fee 511 > 516 | 940-516 | 3.24 | + | |
| 04/09/2020 | GROC20200409WDC_A03 | Collection of Offender Loan | 86-511 | 5.63 | - | |
| 04/09/2020 | GROC20200409WDC_A03 | Collection of Offender Loan | 86-211 | 5.63 | - | |
| 04/15/2020 | GROC20200415WDR_S03 | Commissary #1 - Spend | 73-511 | 4.61 | - | Keefe |
| 04/16/2020 | GROC20200416DPR_S01 | Legal Photocopies Loan | 197-511 | 43.61 | + | |
| 04/16/2020 | GROC20200416DPR_S01 | Legal Photocopies Loan | 197-211 | 43.61 | + | |
| 04/16/2020 | GROC20200416WDR_S02 | Legal Photocopies | 85-511 | 43.90 | - | |
| 04/17/2020 | GROC20200417WDACF01 | Disbursement - Reserve | 20-516 | 3.24 | - | CLERK, US DISTRICT COURT |
| 04/17/2020 | GROC20200417DPR_S03 | Legal Mail Postage Loan | 198-511 | 1.40 | + | |
| 04/17/2020 | GROC20200417DPR_S03 | Legal Mail Postage Loan | 198-211 | 1.40 | + | |
| 04/17/2020 | GROC20200417DPR_S03 | Legal Mail Postage Loan | 198-211 | 1.40 | + | |
| 04/17/2020 | GROC20200417DPR_S03 | Legal Mail Postage Loan | 198-511 | 1.40 | + | |
| 04/17/2020 | GROC20200417WDR_S03 | Legal Mail Postage | 84-511 | 1.40 | - | |
| 04/17/2020 | GROC20200417WDR_S03 | Legal Mail Postage | 84-511 | 1.40 | - | |
| 04/20/2020 | GROC20200420DPR_S01 | Legal Photocopies Loan | 197-211 | 6.00 | + | |
| 04/20/2020 | GROC20200420DPR_S01 | Legal Photocopies Loan | 197-511 | 6.00 | + | |
| 04/20/2020 | GROC20200420WDR_S04 | Legal Photocopies | 85-511 | 6.00 | - | |

Virginia Department of Corrections

# Offender Monthly Trust Statement

COV\pgs93728
10/29/2020 11:48:47 AM
corissnap

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: April 2020 - Closed 05/01/2020     From: 4/1/2020 To: 5/1/2020

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.50 + | |
| 04/22/2020 | GROC20200422DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.50 + | |
| 04/22/2020 | GROC20200422WDR_S02 | Legal Mail Postage | 84-511 | 0.50 - | |
| 04/22/2020 | GROC20200422WDR_S02 | Legal Mail Postage | 84-511 | 0.50 - | |
| 04/22/2020 | GROC20200422WDR_S02 | Legal Mail Postage | 84-511 | 0.50 - | |
| 04/22/2020 | GROC20200422WDR_S02 | Legal Mail Postage | 84-511 | 0.50 - | |
| 04/22/2020 | GROC20200422WDR_S02 | Legal Mail Postage | 84-511 | 0.50 - | |
| 04/22/2020 | GROC20200422WDR_S02 | Legal Mail Postage | 84-511 | 0.50 - | |
| 04/22/2020 | GROC20200422WDR_S02 | Legal Mail Postage | 84-511 | 0.50 - | |
| 04/22/2020 | GROC20200422WDR_S02 | Legal Mail Postage | 84-511 | 0.50 - | |
| 04/24/2020 | GROC20200424DPR_S06 | Legal Mail Postage Loan | 198-211 | 1.40 + | |
| 04/24/2020 | GROC20200424DPR_S06 | Legal Mail Postage Loan | 198-511 | 1.40 + | |
| 04/24/2020 | GROC20200424WDR_S04 | Legal Mail Postage | 84-511 | 1.40 - | |
| 04/28/2020 | GROC20200428DPR_S03 | Legal Mail Postage Loan | 198-511 | 0.50 + | |
| 04/28/2020 | GROC20200428DPR_S03 | Legal Mail Postage Loan | 198-211 | 0.50 + | |
| 04/28/2020 | GROC20200428WDR_S02 | Legal Mail Postage | 84-511 | 0.50 - | |
| 04/29/2020 | GROC20200429DPR_S01 | Legal Photocopies Loan | 197-511 | 9.60 + | |
| 04/29/2020 | GROC20200429DPR_S01 | Legal Photocopies Loan | 197-211 | 9.60 + | |
| 04/29/2020 | GROC20200429WDR_S02 | Legal Photocopies | 85-511 | 9.60 - | |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 0.00 | 25.00 | 113.91 | 0.00 | 0.00 | 0.00 | 10.34 | 0.00 |
| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 549.10 | 0.00 | | | | | | |

Virginia Department of Corrections

# Offender Monthly Trust Statement

COV\pgs93728
10/29/2020 11:49:23 AM
corissnap

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: May 2020 - Closed 06/01/2020     From: 5/1/2020  To: 6/1/2020

Farnsworth, Leo Brandon (1024201)                Green Rock Correctional Center [A-3-319-T]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
|  | 0.00 | 25.00 | 113.91 | 0.00 | 0.00 | 0.00 | 10.34 | 0.00 |
| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
|  | 549.10 | 0.00 | | | | | | |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | | Received From / Payee Name |
|---|---|---|---|---|---|---|
| 05/01/2020 | GROC20200501DPR_S01 | Legal Mail Postage Loan | 198-211 | 2.60 | + | |
| 05/01/2020 | GROC20200501DPR_S01 | Legal Mail Postage Loan | 198-511 | 2.60 | + | |
| 05/01/2020 | GROC20200501DPR_S01 | Legal Mail Postage Loan | 198-211 | 2.40 | + | |
| 05/01/2020 | GROC20200501DPR_S01 | Legal Mail Postage Loan | 198-511 | 2.40 | + | |
| 05/01/2020 | GROC20200501WDR_S03 | Legal Mail Postage | 84-511 | 2.60 | - | |
| 05/01/2020 | GROC20200501WDR_S03 | Legal Mail Postage | 84-511 | 2.40 | - | |
| 05/07/2020 | IPGROCC_A0406202005032020 | Payroll - Regular | 90-511 | 16.20 | + | |
| 05/07/2020 | GROC20200507WDC_A03 | Court Witholding | 180-511 | 0.81 | - | |
| 05/07/2020 | GROC20200507WDC_A03 | Court Witholding | 180-519 | 0.81 | + | |
| 05/07/2020 | GROC20200507WDC_A03 | Spend > Savings | 464-511 | 1.62 | - | |
| 05/07/2020 | GROC20200507WDC_A03 | Spend > Savings | 464-513 | 1.62 | + | |
| 05/07/2020 | GROC20200507WDC_A03 | Court Filing Fee 511 > 516 | 940-511 | 3.24 | - | |
| 05/07/2020 | GROC20200507WDC_A03 | Court Filing Fee 511 > 516 | 940-516 | 3.24 | + | |
| 05/07/2020 | GROC20200507WDC_A03 | Collection of Offender Loan | 86-211 | 4.63 | - | |
| 05/07/2020 | GROC20200507WDC_A03 | Collection of Offender Loan | 86-511 | 4.63 | - | |
| 05/07/2020 | GROC20200507WDC_A03 | Collection of Offender Loan | 86-511 | 0.90 | - | |
| 05/07/2020 | GROC20200507WDC_A03 | Collection of Offender Loan | 86-211 | 0.90 | - | |
| 05/13/2020 | GROC20200513WDR_S09 | Commissary #1 - Spend | 73-511 | 4.69 | - | Keefe |
| 05/14/2020 | GROC20200514WDSIW01 | Disbursement - Reserve | 20-516 | 3.24 | - | CLERK, US DISTRICT COURT |
| 05/19/2020 | GROC20200519DPR_S01 | Legal Mail Postage Loan | 198-511 | 0.19 | + | |
| 05/19/2020 | GROC20200519DPR_S01 | Legal Mail Postage Loan | 198-211 | 0.19 | + | |
| 05/19/2020 | GROC20200519DPR_S01 | Legal Mail Postage Loan | 198-211 | 0.65 | + | |
| 05/19/2020 | GROC20200519DPR_S01 | Legal Mail Postage Loan | 198-511 | 0.65 | + | |
| 05/19/2020 | GROC20200519WDR_S03 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 05/19/2020 | GROC20200519WDR_S03 | Legal Mail Postage | 84-511 | 0.65 | - | |
| 05/29/2020 | GROC20200529DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.50 | + | |
| 05/29/2020 | GROC20200529DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.50 | + | |
| 05/29/2020 | GROC20200529WDR_S02 | Legal Mail Postage | 84-511 | 0.50 | - | |

*Virginia Department of Corrections*

## Offender Monthly Trust Statement

COV\pgs93728
10/29/2020 11:49:23 AM
corissnap

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: May 2020 - Closed 06/01/2020        From: 5/1/2020  To: 6/1/2020

Farnsworth, Leo Brandon (1024201)        Green Rock Correctional Center [A-3-319-T]

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 0.00 | 25.00 | 115.53 | 0.00 | 0.00 | 0.00 | 11.15 | 0.00 |
| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 549.91 | 0.00 | | | | | | |

Virginia Department of Corrections

# Offender Monthly Trust Statement

COV\pgs93728
10/29/2020 11:49:53 AM
corissnap

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: June 2020 - Closed 07/01/2020    From: 6/1/2020 To: 7/1/2020

Farnsworth, Leo Brandon (1024201)    Green Rock Correctional Center [A-3-319-T]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
|  | 0.00 | 25.00 | 115.53 | 0.00 | 0.00 | 0.00 | 11.15 | 0.00 |
| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) |  |  |  |  |  |  |
|  | 549.91 | 0.00 |  |  |  |  |  |  |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | | Received From / Payee Name |
|---|---|---|---|---|---|---|
| 06/01/2020 | GROC20200601DPR_S01 | Legal Mail Postage Loan | 198-511 | 0.50 | + | |
| 06/01/2020 | GROC20200601DPR_S01 | Legal Mail Postage Loan | 198-211 | 0.50 | + | |
| 06/01/2020 | GROC20200601WDR_S02 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 06/02/2020 | GROC20200602DPR_S03 | Legal Mail Postage Loan | 198-211 | 0.50 | + | |
| 06/02/2020 | GROC20200602DPR_S03 | Legal Mail Postage Loan | 198-511 | 0.50 | + | |
| 06/02/2020 | GROC20200602WDR_S04 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 06/05/2020 | GROC20200605DPR_S03 | Legal Mail Postage Loan | 198-211 | 0.50 | + | |
| 06/05/2020 | GROC20200605DPR_S03 | Legal Mail Postage Loan | 198-511 | 0.50 | + | |
| 06/05/2020 | GROC20200605WDR_S04 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 06/11/2020 | IPGROCC_A0504202006072020 | Payroll - Regular | 90-511 | 42.66 | + | |
| 06/11/2020 | GROC20200611WDC_A03 | Court Witholding | 180-511 | 2.13 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Court Witholding | 180-519 | 2.13 | + | |
| 06/11/2020 | GROC20200611WDC_A03 | Spend > Savings | 464-511 | 4.27 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Spend > Savings | 464-513 | 4.27 | + | |
| 06/11/2020 | GROC20200611WDC_A03 | Court Filing Fee 511 > 516 | 940-511 | 8.53 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Court Filing Fee 511 > 516 | 940-516 | 8.53 | + | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 1.50 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 1.50 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 0.88 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 0.88 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 0.88 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 0.88 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 0.55 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 0.55 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 0.55 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 0.55 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 0.55 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 0.55 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 0.55 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 0.55 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 2.40 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 2.40 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 1.60 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 1.60 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 1.60 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 1.60 | - | |

*Virginia Department of Corrections*

## Offender Monthly Trust Statement

COV\pgs93728
10/29/2020 11:49:53 AM
corissnap

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: June 2020 - Closed 07/01/2020     From: 6/1/2020 To: 7/1/2020

| Post Date | Batch Number | Transaction Description | TC REF | Amount | | Received From / Payee Name |
|---|---|---|---|---|---|---|
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 1.60 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 1.60 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 0.55 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 0.55 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 0.75 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 0.75 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 2.35 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 2.35 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 1.50 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 1.50 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 0.70 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 0.70 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 1.50 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 1.50 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 1.50 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 1.50 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 0.75 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 0.75 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-211 | 0.47 | - | |
| 06/11/2020 | GROC20200611WDC_A03 | Collection of Offender Loan | 86-511 | 0.47 | - | |
| 06/15/2020 | GROC20200615WDR_S10 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 06/17/2020 | GROC20200617WDR_S02 | Commissary #1 - Spend | 73-511 | 2.27 | - | Keefe |
| 06/18/2020 | GROC20200618WDACF05 | Disbursement - Reserve | 20-516 | 8.53 | - | Clerk, US District Court |
| 06/22/2020 | GROC20200622WDR_S07 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 06/24/2020 | GROC20200624WDR_S01 | Legal Mail Postage | 84-511 | 1.70 | - | |
| 06/25/2020 | GROC20200625DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.77 | + | |
| 06/25/2020 | GROC20200625DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.77 | + | |
| 06/25/2020 | GROC20200625WDR_S04 | Legal Mail Postage | 84-511 | 0.80 | - | |
| 06/26/2020 | GROC20200626DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.50 | + | |
| 06/26/2020 | GROC20200626DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.50 | + | |
| 06/26/2020 | GROC20200626WDR_S03 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 06/30/2020 | GROC20200630DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.50 | + | |
| 06/30/2020 | GROC20200630DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.50 | + | |
| 06/30/2020 | GROC20200630DPR_S02 | Legal Mail Postage Loan | 198-211 | 0.80 | + | |
| 06/30/2020 | GROC20200630DPR_S02 | Legal Mail Postage Loan | 198-511 | 0.80 | + | |
| 06/30/2020 | GROC20200630WDR_S02 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 06/30/2020 | GROC20200630WDR_S02 | Legal Mail Postage | 84-511 | 0.80 | - | |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 0.00 | 25.00 | 119.80 | 0.00 | 0.00 | 0.00 | 13.28 | 0.00 |
| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 531.25 | 0.00 | | | | | | |

*Virginia Department of Corrections*

**Offender Monthly Trust Statement**

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: June 2020 - Closed 07/01/2020    From: 6/1/2020  To: 7/1/2020

COV\pgs93728
10/29/2020 11:49:53 AM
corissnap

*Virginia Department of Corrections*

# Offender Monthly Trust Statement

COV\pgs93728
10/29/2020 11:50:23 AM
corissnap

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: July 2020 - Closed 08/01/2020     From: 7/1/2020 To: 8/1/2020

Farnsworth, Leo Brandon (1024201)     Green Rock Correctional Center [A-3-319-T]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 0.00 | 25.00 | 119.80 | 0.00 | 0.00 | 0.00 | 13.28 | 0.00 |
| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 531.25 | 0.00 | | | | | | |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | | Received From / Payee Name |
|---|---|---|---|---|---|---|
| 07/08/2020 | GROC20200708DPR_S01 | Legal Mail Postage Loan | 198-211 | 0.50 | + | |
| 07/08/2020 | GROC20200708DPR_S01 | Legal Mail Postage Loan | 198-511 | 0.50 | + | |
| 07/08/2020 | GROC20200708WDR_S03 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 07/09/2020 | IPGROCC_A060820200705202 0 | Payroll - Regular | 90-511 | 43.11 | + | |
| 07/09/2020 | GROC20200709WDC_A03 | Court Witholding | 180-511 | 2.16 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Court Witholding | 180-519 | 2.16 | + | |
| 07/09/2020 | GROC20200709WDC_A03 | Spend > Savings | 464-511 | 4.31 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Spend > Savings | 464-513 | 4.31 | + | |
| 07/09/2020 | GROC20200709WDC_A03 | Court Filing Fee 511 > 516 | 940-511 | 8.62 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Court Filing Fee 511 > 516 | 940-516 | 8.62 | + | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 0.43 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 0.43 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 2.25 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 2.25 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 0.70 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 0.70 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 0.65 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 0.65 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 0.65 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 0.65 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 0.89 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 0.89 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 1.50 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 1.50 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 0.65 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 0.65 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 0.51 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 0.51 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 1.50 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 1.50 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 1.50 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 1.50 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 1.50 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 1.50 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 1.60 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 1.60 | - | |

*Virginia Department of Corrections*

# Offender Monthly Trust Statement

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: July 2020 - Closed 08/01/2020         From: 7/1/2020 To: 8/1/2020

COV\pgs93728
10/29/2020 11:50:23 AM
corissnap

| Post Date | Batch Number | Transaction Description | TC REF | Amount | | Received From / Payee Name |
|---|---|---|---|---|---|---|
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 0.65 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 0.65 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 1.85 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 1.85 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 1.85 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 1.85 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 1.85 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 1.85 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 1.85 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 1.85 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-211 | 0.64 | - | |
| 07/09/2020 | GROC20200709WDC_A03 | Collection of Offender Loan | 86-511 | 0.64 | - | |
| 07/10/2020 | GROC20200710WDR_S03 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 07/15/2020 | GROC20200715WDR_S07 | Commissary #1 - Spend | 73-511 | 2.17 | - | Keefe |
| 07/16/2020 | GROC20200716WDSIW03 | Disbursement - Reserve | 20-516 | 8.62 | - | Clerk, US District Court |
| 07/17/2020 | GROC20200717WDR_S02 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 07/23/2020 | GROC20200723WDR_S02 | Legal Mail Postage | 84-511 | 0.50 | - | |
| 07/24/2020 | GROC20200724DPR_S04 | Legal Mail Postage Loan | 198-211 | 10.42 | + | |
| 07/24/2020 | GROC20200724DPR_S04 | Legal Mail Postage Loan | 198-511 | 10.42 | + | |
| 07/24/2020 | GROC20200724WDR_S03 | Legal Mail Postage | 84-511 | 11.75 | - | |
| 07/28/2020 | GROC20200728DPR_S01 | Legal Mail Postage Loan | 198-511 | 3.80 | + | |
| 07/28/2020 | GROC20200728DPR_S01 | Legal Mail Postage Loan | 198-211 | 3.80 | + | |
| 07/28/2020 | GROC20200728WDR_S02 | Legal Mail Postage | 84-511 | 3.80 | - | |
| 07/29/2020 | GROC20200729DPR_S03 | Legal Mail Postage Loan | 198-511 | 1.40 | + | |
| 07/29/2020 | GROC20200729DPR_S03 | Legal Mail Postage Loan | 198-211 | 1.40 | + | |
| 07/29/2020 | GROC20200729WDR_S04 | Legal Mail Postage | 84-511 | 1.40 | - | |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 0.00 | 25.00 | 124.11 | 0.00 | 0.00 | 0.00 | 15.44 | 0.00 |
| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 524.35 | 0.00 | | | | | | |

*Virginia Department of Corrections*

## Offender Monthly Trust Statement

COV\pgs93728
10/29/2020 11:50:53 AM
corissnap

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: August 2020 - Closed 09/01/2020      From: 8/1/2020 To: 9/1/2020

Farnsworth, Leo Brandon (1024201)      Green Rock Correctional Center [A-3-319-T]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
|  | 0.00 | 25.00 | 124.11 | 0.00 | 0.00 | 0.00 | 15.44 | 0.00 |
| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) |  |  |  |  |  |  |
|  | 524.35 | 0.00 |  |  |  |  |  |  |

| Post Date | Batch Number | Transaction Description | TC REF | Amount |  | Received From / Payee Name |
|---|---|---|---|---|---|---|
| 08/05/2020 | GROC20200805DPR_S02 | Legal Mail Postage Loan | 198-211 | 1.50 | + |  |
| 08/05/2020 | GROC20200805DPR_S02 | Legal Mail Postage Loan | 198-511 | 1.50 | + |  |
| 08/05/2020 | GROC20200805WDR_S05 | Legal Mail Postage | 84-511 | 1.50 | - |  |
| 08/06/2020 | IPGROCC_A07062020080220220 | Payroll - Regular | 90-511 | 24.30 | + |  |
| 08/06/2020 | GROC20200806WDC_A03 | Court Witholding | 180-511 | 1.22 | - |  |
| 08/06/2020 | GROC20200806WDC_A03 | Court Witholding | 180-519 | 1.22 | + |  |
| 08/06/2020 | GROC20200806WDC_A03 | Spend > Savings | 464-511 | 2.43 | - |  |
| 08/06/2020 | GROC20200806WDC_A03 | Spend > Savings | 464-513 | 2.43 | + |  |
| 08/06/2020 | GROC20200806WDC_A03 | Court Filing Fee 511 > 516 | 940-511 | 4.86 | - |  |
| 08/06/2020 | GROC20200806WDC_A03 | Court Filing Fee 511 > 516 | 940-516 | 4.86 | + |  |
| 08/06/2020 | GROC20200806WDC_A03 | Collection of Offender Loan | 86-211 | 10.79 | - |  |
| 08/06/2020 | GROC20200806WDC_A03 | Collection of Offender Loan | 86-511 | 10.79 | - |  |
| 08/12/2020 | GROC20200812WDR_S03 | Postage | 75-511 | 1.00 | - |  |
| 08/20/2020 | GROC20200820WDR_S01 | Commissary #1 - Spend | 73-511 | 4.00 | - | Keefe |
| 08/20/2020 | GROC20200820WDSIW01 | Disbursement - Reserve | 20-516 | 4.86 | - | Clerk, US District Court |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
|  | 0.00 | 25.00 | 126.54 | 0.00 | 0.00 | 0.00 | 16.66 | 0.00 |
| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) |  |  |  |  |  |  |
|  | 515.06 | 0.00 |  |  |  |  |  |  |

*Virginia Department of Corrections*

# Offender Monthly Trust Statement

COV\pgs93728
10/29/2020 11:55:59 AM
corissnap

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: September 2020 - Closed 10/01/2020    From: 9/1/2020 To: 10/1/2020

Farnsworth, Leo Brandon (1024201)    Green Rock Correctional Center [A-3-319-T]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
|  | 0.00 | 25.00 | 126.54 | 0.00 | 0.00 | 0.00 | 16.66 | 0.00 |
| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) |  |  |  |  |  |  |
|  | 515.06 | 0.00 |  |  |  |  |  |  |

| Post Date | Batch Number | Transaction Description | TC REF | Amount |  | Received From / Payee Name |
|---|---|---|---|---|---|---|
| 09/03/2020 | GROC20200903DPR_S02 | Legal Mail Postage Loan | 198-511 | 1.00 | + |  |
| 09/03/2020 | GROC20200903DPR_S02 | Legal Mail Postage Loan | 198-211 | 1.00 | + |  |
| 09/03/2020 | GROC20200903WDR_S03 | Legal Mail Postage | 84-511 | 1.00 | - |  |
| 09/04/2020 | GROC20200904DPACF01 | Legal Mail Postage Loan | 198-211 | 0.50 | + |  |
| 09/04/2020 | GROC20200904DPACF01 | Legal Mail Postage Loan | 198-511 | 0.50 | + |  |
| 09/04/2020 | GROC20200904WDACF03 | Legal Mail Postage | 84-511 | 0.50 | - |  |
| 09/10/2020 | GROC20200910DPR_S01 | Legal Mail Postage Loan | 198-511 | 2.50 | + |  |
| 09/10/2020 | GROC20200910DPR_S01 | Legal Mail Postage Loan | 198-211 | 2.50 | + |  |
| 09/10/2020 | GROC20200910WDR_S02 | Legal Mail Postage | 84-511 | 2.50 | - |  |
| 09/10/2020 | IPGROCC_A0803202009062020 | Payroll - Regular | 90-511 | 32.40 | + |  |
| 09/10/2020 | GROC20200910WDC_A03 | Court Witholding | 180-511 | 1.62 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Court Witholding | 180-519 | 1.62 | + |  |
| 09/10/2020 | GROC20200910WDC_A03 | Spend > Savings | 464-511 | 3.24 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Spend > Savings | 464-513 | 3.24 | + |  |
| 09/10/2020 | GROC20200910WDC_A03 | Court Filing Fee 511 > 516 | 940-511 | 6.48 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Court Filing Fee 511 > 516 | 940-516 | 6.48 | + |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 4.07 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 4.07 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.55 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.55 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.50 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.50 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.50 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.50 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.50 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.50 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.50 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 1.50 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 1.50 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.65 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.65 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.65 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.65 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.55 | - |  |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.55 | - |  |

*Virginia Department of Corrections*

# Offender Monthly Trust Statement

COV\pgs93728
10/29/2020 11:55:59 AM
corissnap

Facility: GREEN ROCK CORRECTIONAL CENTER FG

Fiscal Period: September 2020 - Closed 10/01/2020       From: 9/1/2020 To: 10/1/2020

| Post Date | Batch Number | Transaction Description | TC REF | Amount | | Received From / Payee Name |
|---|---|---|---|---:|---|---|
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.55 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.55 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.55 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.55 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.55 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.55 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 1.50 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 1.50 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.55 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.55 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 1.50 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 1.50 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.65 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.65 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-511 | 0.24 | - | |
| 09/10/2020 | GROC20200910WDC_A03 | Collection of Offender Loan | 86-211 | 0.24 | - | |
| 09/17/2020 | GROC20200917WDR_S02 | Commissary #1 - Spend | 73-511 | 4.92 | - | Keefe |
| 09/17/2020 | GROC20200917WDSIW03 | Disbursement - Reserve | 20-516 | 6.48 | - | CLERK, US DISTRICT COURT |
| 09/28/2020 | GROC20200928DPR_S01 | Legal Mail Postage Loan | 198-211 | 2.92 | + | |
| 09/28/2020 | GROC20200928DPR_S01 | Legal Mail Postage Loan | 198-511 | 2.92 | + | |
| 09/28/2020 | GROC20200928WDR_S04 | Legal Mail Postage | 84-511 | 3.00 | - | |
| 09/29/2020 | GROC20200929DPR_S02 | Legal Mail Postage Loan | 198-511 | 2.15 | + | |
| 09/29/2020 | GROC20200929DPR_S02 | Legal Mail Postage Loan | 198-211 | 2.15 | + | |
| 09/29/2020 | GROC20200929WDR_S02 | Legal Mail Postage | 84-511 | 2.15 | - | |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 0.00 | 25.00 | 129.78 | 0.00 | 0.00 | 0.00 | 18.28 | 0.00 |
| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 508.07 | 0.00 | | | | | | |

Leo Brandon Farnsworth #1024201 (#51971)
Green Rock Correctional Center
475 Green Rock Lane
P.O. Box 1000
Chatham, VA 24531-1000

Clerk's Office
United States District Court
For The State of Delaware
844 N King Street
Lockbox 18
Wilmington, DE 19801

U.S.M.S.
X-RAY

"Legal"