OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino　　　　　　　　　　　　　　　　　　　　　　　844 NORTH KING STREET, UNIT 18
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　　WILMINGTON, DE 19801-3570
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　www.ded.uscourts.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 573-6170

February 9, 2021

To:

Leo Brandon Farnsworth

Green Rock Correctional Center

475 Green Rock Lane

P.O. Box 1000

Chatham, Virginia 24531

**RE: STATUS OF C.A. 1:20-cv-1351-RGA**

Dear Mr. Farnsworth,

　　This is in response to your letter received 02/8/2021 requesting information regarding the status of your case. Your case is assigned to the Honorable Judge Andrews and is pending before the Court. You will be advised by the Court as to further developments in your case.

　　Please be advised that the fee for copies (including docket sheets) is fifty cents ($.50) per page. **A copy of the docket is enclosed, free of charge for this request only**. Should you require copies (including docket sheets) in the future, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

　　I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

/apk　　　　　　　　　　　　　　　　　　　　　　　　　John A. Cerino

　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

cc: Case File

Enclosed: Docket Sheet